## STATE OF CONNECTICUT *v.* MICHAEL GAY

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 211 (AC 27667), is denied.

*Michael Zariphes*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided July 17, 2008

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 336 (AC 27694), is granted, limited to the following issue: